# EXHIBIT 11



MENS CANVAS MILITARY BOOT

COLOR CPN21

SIZE ▼

$550

PURCHASE

SEASON 6     PRE SEASON 6     SEASON 5     SEASON 4     HELP     TERMS



MENS CANVAS MILITARY BOOT

COLOR CPN21

SIZE ▼

$550

PURCHASE

SEASON 6    PRE SEASON 6    SEASON 5    SEASON 4    HELP    TERMS

4:58:18 PM 3/7/2018



MENS CANVAS MILITARY BOOT

COLOR CPN21

SIZE ▼

$550

PURCHASE

4:58:42 PM 3/7/2018




MENS CANVAS MILITARY BOOT

COLOR CPN21

SIZE ▼

$550

PURCHASE