IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRCIT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JORDAN OUTDOOR ENTERPRISES, LTD., | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION FILE |
| Vs. | ) ) ) | NO.: 4-18-cv-00053 (CDL) |
| YEEZY APPAREL, LLC and UNKNWN, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants YEEZY Apparel LLC ("YEEZY") and UNKNWN, LLC ("UNKNWN") (each a "Defendant" and collectively, "Defendants"), by their attorneys, Pryor Cashman LLP and Fellows LaBriola, LLP, as and for their Answer to the Complaint of Plaintiff Jordan Outdoor Enterprises, Ltd. ("Jordan" or "Plaintiff") dated March 15, 2018 (the "Complaint"), allege as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff lacks standing because it has not demonstrated ownership of valid copyright registrations for the allegedly infringed Jordan camouflage patterns (the "Subject Designs").

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's copyright and/or copyright registrations are invalid.

## FOURTH AFFIRMATIVE DEFENSE

To the extent Plaintiff may have any copyright interest in the Subject Designs, Plaintiff's copyrighted material is entitled only to thin copyright protection, and Plaintiff cannot establish infringement under the principles governing thin copyright.

## FIFTH AFFIRMATIVE DEFENSE

If Defendants infringed any copyright interest allegedly held by Plaintiff, Defendants did so with innocent intent.

## SIXTH AFFIRMATIVE DEFENSE

The Complaint is barred because Defendants' designs are not substantially similar to Plaintiff's Subject Designs.

## SEVENTH AFFIRMATIVE DEFENSE

At all times, Defendants acted in a commercially reasonable and lawful manner.  Each and every act or statement done or made by Defendant was a good faith assertion of Defendants' rights and, therefore, was privileged and justified.

### EIGHTH AFFIRMATIVE DEFENSE

The Complaint is barred because the elements of Plaintiff's Subject Designs that Defendants' designs allegedly infringe are neither original with Plaintiff nor are they protectable.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery because Plaintiff committed misuse of copyright.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's Subject Designs are not protected by copyright because they are not original works of authorship.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to bring the Complaint because, among other things, Plaintiff is not the owner and/or author of the Subject Designs.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff is barred by the equitable doctrine of unclean hands from obtaining the relief requested against Defendants.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff failed to protect and/or enforce its alleged rights, and/or engaged in conduct and activities sufficient to constitute a waiver of any alleged breach of duty, negligent act, omission, or any other conduct, if any, as set forth in the Complaint.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff failed and neglected to mitigate its alleged damages, if any, and cannot recover against Defendant, whether as alleged or otherwise.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's unfair competition claims (counts II, IV, and V) are barred by the doctrine of preemption.

## SIXTEENTH AFFIRMATIVE DEFENSE

To the extent any averment is not specifically admitted, Defendants deny all averments pursuant to Rule 8(b) of the Federal Rules of Civil Procedure.

## RESERVATION

Defendants reserve the right to assert additional affirmative defenses in the event that a further investigation or discovery in this action reveals them to be proper.

1. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint.

2. Admit the allegations contained in paragraph 2 of the Complaint, except note that the proper corporate entity is YEEZY Apparel LLC.

3. Admit the allegations contained in paragraph 3 of the Complaint.

4. Neither admit nor deny the allegations contained in paragraph 4 of the Complaint, which call for legal conclusions.

5. Neither admit nor deny the allegations contained in paragraph 5 of the Complaint that call for legal conclusions, admit that YEEZY operates the website https://YEEZYsupply.com, and otherwise deny the allegations contained in paragraph 5 of the Complaint.

6. Neither admit nor deny the allegations contained in paragraph 6 of the Complaint that call for legal conclusions, admit that UNKNWN operates the website www.unknwn.com, and otherwise deny the allegations contained in paragraph 6 of the Complaint.

7. Neither admit nor deny the allegations contained in paragraph 7 of the Complaint, which call for legal conclusions.

8. Deny knowledge or information sufficient to form a belief as to the truth of the allegations concerning Jordan's ownership of all right, title and interest in the Realtree camouflage patterns, and otherwise deny the allegations contained in paragraph 8 of the Complaint.

9. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint.

10. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint.

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint.

12. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint.

13. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint.

14. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint.

15. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint.

16. Admit that YEEZY imports, sells and/or offers for sale clothing and apparel, and otherwise deny the allegations contained in paragraph 16 of the Complaint.

17. Admit that the quoted language appears on https://YEEZYsupply.com/pages/terms and refer the Court to this website page for the complete language and import thereof, and otherwise deny the allegations contained in paragraph 17 of the Complaint.

18. Admit the allegations contained in paragraph 18 of the Complaint, but deny that YEEZY uses any of the Jordan copyrights or trademarks at issue in this action.

19. Deny knowledge or information concerning the precise nature of the communications between the parties, and otherwise deny the allegations contained

in paragraph 19 of the Complaint.

20. Deny the allegations in paragraph 20 of the Complaint.

21. Deny the allegations contained in paragraph 21 of the Complaint.

22. Deny the allegations contained in paragraph 22 of the Complaint.

23. Deny the allegations contained in paragraph 23 of the Complaint, except admit that YEEZY is not a licensee of Jordan.

24. Deny the allegations contained in paragraph 24 of the Complaint, and aver that unnamed party UNKNWN Miami, LLC sells certain YEEZY merchandise.

25. Admit that UNKNWN is not a licensee of Jordan, but otherwise deny the allegations contained in paragraph 25 of the Complaint.

26. As and for their response to the allegations contained in paragraph 26 of the Complaint, Defendants repeat and reallege their responses to paragraphs 1-25 of the Complaint as if more fully set forth herein.

27. Deny the allegations contained in paragraph 27 of the Complaint.

28. Deny the allegations contained in paragraph 28 of the Complaint.

29. Deny the allegations contained in paragraph 29 of the Complaint.

30. Denies the allegations contained in paragraph 30 of the Complaint.

31. Deny the allegations contained in paragraph 31 of the Complaint.

32. Deny the allegations contained in paragraph 32 of the Complaint.

33. As and for their response to the allegations contained in paragraph 33 of the Complaint, Defendants repeat and reallege their responses to paragraphs 1-32 of the Complaint as if more fully set forth herein.

34. Deny that the Jordan camouflage patterns are unique, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint.

35. Deny the allegations contained in paragraph 35 of the Complaint.

36. Deny the allegations contained in paragraph 36 of the Complaint.

37. Deny the allegations contained in paragraph 37 of the Complaint.

38. Admit that the quoted language appears on https://YEEZYsupply.com/pages/terms and refer the Court to this website page for the complete language and import thereof, and otherwise deny the allegations contained in paragraph 38 of the Complaint.

39. Deny the allegations contained in paragraph 39 of the Complaint.

40. Deny the allegations contained in paragraph 40 of the Complaint.

41. Neither admit nor deny the allegations contained in paragraph 41 of the Complaint, which do not require a response, but aver that Jordan is not entitled to the relief that it seeks.

42. As and for their response to the allegations contained in paragraph 42 of the Complaint, Defendants repeat and reallege their responses to paragraphs 1-41

of the Complaint as if more fully set forth herein.

43. Deny that the Jordan camouflage patterns are unique, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint.

44. Deny the allegations contained in paragraph 44 of the Complaint.

45. Deny the allegations contained in paragraph 45 of the Complaint.

46. Deny the allegations contained in paragraph 46 of the Complaint.

47. As and for their response to the allegations contained in paragraph 47 of the Complaint, Defendants repeat and reallege their responses to paragraphs 1-46 of the Complaint as if more fully set forth herein.

48. Deny that the Jordan camouflage patterns are unique, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint.

49. Deny the allegations contained in paragraph 49 of the Complaint.

50. Deny the allegations contained in Paragraph 50 of the Complaint.

51. Deny the allegations contained in Paragraph 51 of the Complaint.

52. As and for their response to the allegations contained in paragraph 52 of the Complaint, Defendants repeat and reallege their responses to paragraphs 1-51 of the Complaint as if more fully set forth herein.

53. Deny that the Jordan camouflage patterns are unique, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint.

54. Deny the allegations contained in paragraph 54 of the Complaint.

55. Deny the allegations contained in paragraph 55 of the Complaint.

56. Deny the allegations contained in paragraph 56 of the Complaint.

**WHEREFORE,** Defendants respectfully request that the Complaint be dismissed in its entirety, that they be awarded costs of suit, including reasonable attorneys' fees pursuant to 17 U.S.C. § 505, and for such other and further relief as the Court deems just and proper.

Respectfully submitted, this 3rd day of May, 2018.

                          PRYOR CASHMAN LLP

                          /s/Michael G. Goldberg
                          Michael G. Goldberg
                          mgoldberg@pryorcashman.com

7 Times Square
New York, New York 10036
(212) 421-4100

                          FELLOWS LABRIOLA LLP

                          /s/Steven M. Kushner
                          Steven M. Kushner
                          skushner@fellab.com
                          Georgia Bar No. 430510

Peachtree Center, South Tower
225 Peachtree Street, N.E., Suite 2300
Atlanta, Georgia 30303
 (404) 586-9200

*Attorneys for Defendants YEEZY Apparel, LLC and UNKNWN, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that this day I electronically filed the foregoing pleading with the clerk's office CM/ECF system which will send email notification to the following counsel of record:

>Ann G. Fort, Esq.
>annfort@eversheds-sutherland.com
>Robert R. L. Kohse, Esq.
>robkohse@eversheds-sutherland.com
>Daniel J. Warren, Esq.
>danielwarren@eversheds-sutherland.com
>Eversheds Sutherland LLP
>999 Peachtree Street, NE, Suite 2300
>Atlanta, GA 30309
>annfort@eversheds-sutherland.com

This 3rd day of May, 2018.

>/s/Steven M. Kushner
>Steven M. Kushner