UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **JORDAN OUTDOOR ENTERPRISES, LTD.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:18-cv-00053 |
| ) | |
| **YEEZY APPAREL, LLC, and** ) | |
| **UNKNWN, LLC,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

### UNOPPOSED MOTION TO DISMISS DEFENDANT UNKNWN, LLC WITH PREJUDICE

Plaintiff Jordan Outdoor Enterprises, Ltd. ("JOEL") and Defendant UNKNWN, LLC ("UNKNWN") by separate agreement have agreed to settle the claims and defenses between them and have agreed to dismiss the same between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), JOEL hereby moves to dismiss with prejudice all claims against UNKNWN from this action. Defendant UNKNWN does not oppose this motion. JOEL and UNKNWN agree that both parties shall bear their own costs, expenses, and attorneys' fees as to the claims and defenses at issue between JOEL and UNKNWN only.

Dated: July 13, 2018                    Respectfully submitted,

                                        */s/ Robert Kohse*
                                        Daniel J. Warren
                                        Georgia Bar No. 738,240
                                        Ann G. Fort
                                        Georgia Bar No. 269,995
                                        Robert R.L. Kohse

40737301.1

                                      Georgia Bar No. 863748
                                      Eversheds Sutherland (US) LLP
                                      999 Peachtree Street, N.E., Suite 2300
                                      Atlanta, Georgia  30309-3996
                                      Telephone: (404) 853-8000
                                      Facsimile: (404) 853-8806
                                      E-mail: danielwarren@eversheds-sutherland.com
                                                  annfort@eversheds-sutherland.com
                                                  robkohse@eversheds-sutherland.com

*Counsel for Plaintiff*
*Jordan Outdoor Enterprises, Ltd.*

40737301.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 13, 2018, a true and correct copy of the foregoing was served electronically on the following:

>Steven M. Kushner
>Georgia Bar No. 430510
>Fellows LaBriola LLP
>Suite 2300, South Tower
>225 Peachtree Street, N.E.
>Atlanta, Georgia 30303
>E-mail: skushner@fellab.com
>
>Michael G. Goldberg
>Pryor Cashman LLP
>7 Times Square
>New York, NY 10036
>E-mail: mgoldberg@pryorcashman.com
>
>David Kern
>Buckingham, Doolittle & Burroughs, LLC
>3800 Embassy Pkwy, Suite 300
>Akron, OH 44333
>dkern@bdblaw.com

>>>>>>*/s/ Robert Kohse*