UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JORDAN OUTDOOR ENTERPRISES, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YEEZY APPAREL, LLC, and ) <br> UNKNWN, LLC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 4:18-cv-00053 |

## UNOPPOSED MOTION TO DISMISS DEFENDANT YEEZY APPAREL, LLC WITH PREJUDICE

Plaintiff Jordan Outdoor Enterprises, Ltd. ("JOEL") and Defendant YEEZY Apparel, LLC ("YEEZY") by separate agreement have agreed to settle the claims and defenses between them and have agreed to dismiss the same between them.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), JOEL hereby moves to dismiss with prejudice all claims against YEEZY from this action pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendant YEEZY does not oppose this motion. JOEL and YEEZY agree that both parties shall bear their own costs, expenses, and attorneys' fees as to the claims and defenses at issue between those parties.

Dated: September 24, 2018

Respectfully submitted,

*/s/ Ann G. Fort*
Daniel J. Warren
Georgia Bar No. 738,240
Ann G. Fort
Georgia Bar No. 269,995

40974025.1

1

Jeremy D. Spier
Georgia Bar No. 846890
Eversheds Sutherland (US) LLP
999 Peachtree Street, N.E., Suite 2300
Atlanta, Georgia  30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
E-mail: danielwarren@eversheds-sutherland.com
       annfort@eversheds-sutherland.com
       jeremyspier@eversheds-sutherland.com

*Counsel for Plaintiff*
*Jordan Outdoor Enterprises, Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 24, 2018, a true and correct copy of the foregoing was served electronically on the following:

>Steven M. Kushner
>Georgia Bar No. 430510
>Fellows LaBriola LLP
>Suite 2300, South Tower
>225 Peachtree Street, N.E.
>Atlanta, Georgia 30303
>E-mail: skushner@fellab.com
>
>Michael G. Goldberg
>Pryor Cashman LLP
>7 Times Square
>New York, NY 10036
>E-mail: mgoldberg@pryorcashman.com

>>*/s/ Ann G. Fort*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **JORDAN OUTDOOR ENTERPRISES, LTD.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:18-cv-00053 |
| ) | |
| **YEEZY APPAREL, LLC, and** ) | |
| **UNKNWN, LLC,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## [PROPOSED] ORDER GRANTING DISMISSAL OF YEEZY APPAREL, LLC

Before the Court is Plaintiff Jordan Outdoor Enterprises, Ltd.'s ("JOEL") Unopposed Motion to Dismiss Defendant YEEZY Apparel, LLC ("YEEZY") with Prejudice.  Pursuant to Fed. R. Civ. P. 41(a), recognizing the Unopposed Motion to Dismiss filed by JOEL pursuant to a settlement of the above-captioned litigation between JOEL and YEEZY, the Court finds Plaintiff's Motion should be **GRANTED**.

Therefore, it is **ORDERED** that all claims asserted herein by JOEL against YEEZY are dismissed with prejudice and that JOEL and YEEZY shall bear their own attorneys' fees, expenses, and costs as related between them.